## 55486. SORROW v. THE STATE.

DEEN, Presiding Judge.

A review of the record reveals ample evidence to support a jury verdict of guilty of theft by receiving stolen property.

*Judgment affirmed. Smith and Banke, JJ., concur.*

SUBMITTED MARCH 1, 1978 — DECIDED MARCH 16, 1978.

*Russell T. Quarterman,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.